UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES SANCHEZ,**

    **Plaintiff,**

v.                                                    Case No: 6:17-cv-536-Orl-28GJK

**FEDERAL CLEANING CONTRACTORS, INC.,**

    **Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Judicial Approval of the Parties' Settlement Agreement and Dismissal of the Action (Doc. 22). The assigned United States Magistrate Judge has submitted a Report (Doc. 24) recommending that the motion be granted and that the case be dismissed with prejudice. The parties have filed a Joint Notice of Non-Objection (Doc. 25) to the Report.

After review of the record in this matter, and noting the parties' Joint Notice of Non-Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Judicial Approval of the Parties' Settlement Agreement and Dismissal of the Action (Doc. 22) is **GRANTED**.

3. This case is **DISMISSED with prejudice.**

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida, on July 27, 2017.

```
                              ROY B. DALTON JR.
                              United States District Judge
                              Signed in the absence of and at the
                              direction of Judge John Antoon II
```

Copies furnished to:
United States Magistrate Judge
Counsel of Record